MARK S. TRATTEN (SBN 119330)
ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone

Attorneys for Defendant, LACHENMYER-WILLIAMS, a California General Partnership,
 Incorrectly sued as LACHENMYER-WILLIAMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br><br> Plaintiff, <br> v. <br><br> LACHENMYER-WILLIAMS, INC., <br><br> Defendant. | CASE NO.   2:07-CV-01299-LKK-EFB <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT LACHENMYER-WILLIAMS' TIME TO RESPOND TO COMPLAINT** <br><br> (Local Rule 6-144(a) |

COMES NOW plaintiff, by and through its attorney of record, Shane Singh of Kring & Chung, LLP, and defendant, LACHENMYER-WILLIAMS, a California general partnership, (incorrectly sued as Lachenmeyer-Williams, Inc.), by and through its attorney of record, Mark S. Tratten of Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc., and stipulate that defendant, LACHENMYER-WILLIAMS, a California general partnership., is granted an extension of time to Monday, September 10, 2007, to respond to the Summons and Complaint in the above-captioned matter. Defendant waives any challenge to service of process.  This extension is necessitated by the fact that, in light of the case of *Stamm Theatres, Inc. v. Hartford Casualty Insurance Company* (2001)   93 CA4th 531, defendant's insurer, Sequoia Insurance Company, is reconsidering its insurance coverage position.  Should insurance coverage be provided, Sequoia Insurance Company

---

Stipulation & Order Extending Time to File Responsive Pleading

1

\dollartree\ awgtpld.002
MST:mdg

1  will retain counsel to answer the complaint.

2      DATED:   August 27, 2007

                                                  KRING & CHUNG, LLP

                                                  By:   /s/
                                                         SHANE SINGH
                                                         Attorneys for Plaintiff

7      DATED: August 23, 2007

                                                  ERICKSEN, ARBUTHNOT, KILDUFF,
                                                  DAY & LINDSTROM, INC.

                                                  By:   /s/
                                                         MARK S. TRATTEN
                                                         Attorneys for Defendant,
                                                         LACHENMYER-WILLIAMS, INC.

## **ORDER**

IT IS SO ORDERED.

Dated:   August 27, 2007.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT