UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOLLAR TREE STORES, INC.,

          Plaintiffs,

     v.

LACHENMEYER-WILLIAMS, INC.,
et al.,

          Defendants.

_____/

NO. CIV. S-07-1299 LKK/EFB

O R D E R

    A status conference was held in chambers on September 17, 2007.  After hearing, the court orders as follows:

    1.   A further status conference is set for October 29, 2007 at 11:00 a.m.

    IT IS SO ORDERED.

    DATED:  September 18, 2007.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT