```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

DOLLAR TREE STORES, INC.,

                                        NO. CIV. S-07-1299 LKK/EFB
          Plaintiffs,

     v.
                                              O R D E R
LACHENMEYER-WILLIAMS, INC.,
et al.,

          Defendants.
                                    /
```

Pursuant to the status conference held on April 21, 2008, the court orders as follows:

1. Discovery shall be completed by December 21, 2008;

2. Law and motion shall be completed by February 4, 2009;

3. The pretrial conference is continued to May 26, 2009 at 1:30 p.m.; and

4. Trial is continued to August 11, 2009.

IT IS SO ORDERED.

DATED: April 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT