MARK S. TRATTEN (SBN 119330)
J. THOMAS ALDRICH (SBN 216695)
**ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.**
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone   mtratten@eakdl.com

Daniel Costa (SBN 110919)
Costa Law Firm
455 University Avenue, #360
Sacramento, CA 95825-6580
(916) 920-2856   dpc@costalaw.net

Attorneys for Defendant, LACHENMYER-WILLIAMS, a California General Partnership,
Incorrectly sued as LACHENMYER-WILLIAMS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLAR TREE STORES, INC., <br>         Plaintiff, <br> v. <br> LACHENMYER-WILLIAMS, INC., <br>         Defendant. <br> _____ <br> LACHENMYER-WILLIAMS, a California General Partnership, <br>         Cross-Claimant, <br> v. <br> DOLLAR TREE STORES, INC., <br>         Cross-Defendant. <br> _____ | CASE NO.   2:07-CV-01299-LKK-EFB <br><br> **NOTICE TO COURT RE ONE-DAY DELAY IN FILING DISMISSAL AND ORDER** |

The parties to this case have reached a settlement agreement and intend to file a Dismissal. However, due to the unavailability of a representative of Defendants and Cross-Complainants to sign the Agreement, the Dismissal cannot be filed until July 8, 2008.  As a result, Defendants and Cross-

Complainants respectfully request that the Court allow the dismissal to be filed on July 8, 2008.

Respectfully submitted on July 7, 2008

          ERICKSEN, ARBUTHNOT, KILDUFF,
          DAY & LINDSTROM, INC.

By:   /S/
      J. THOMAS ALDRICH
      Attorneys for Defendant,
      LACHENMYER-WILLIAMS, INC.

## ORDER

IT IS HEREBY ORDERED that the Dismissal shall be filed on July 8, 2008.

DATED: July 8, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Notice to Court re One-Day Delay in Filing Dismissal

2

\dollartree\ jtapld.003
MST:mdg